UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAMMY MARTINEZ,

    Plaintiff,

v.

FIRST TRANSIT, INC., et al.,

    Defendants.

Case No. 18-cv-04528-SI

**ORDER TO SHOW CAUSE**

On June 11, 2018, plaintiff Tammy Martinez filed the instant action in Contra Costa County Superior Court. Dkt. No. 1. Defendants removed the case on July 26, 2018, some forty-five days later. *Id*. Defendants correctly note that removal must be effected within thirty days of defendants' receipt of the complaint, but defendants' notice of removal does not state when they initially received the complaint. Hence, it is not possible to determine whether removal was timely.

Defendants are hereby ORDERED to show cause regarding timely removal, by filing a declaration stating when defendant(s) first received "an initial pleading setting forth the claim for relief upon which such action or proceeding is based." 28 U.S.C. § 1446(b). Defendants must file and serve upon plaintiff a response no later than August 13, 2018.

**IT IS SO ORDERED**.

Dated: August 9, 2018

_____
SUSAN ILLSTON
United States District Judge