UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY MARTINEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>FIRST TRANSIT, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-04528-SI (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 22, 2019 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: May 24, 2019.

DESIGNATION OF EXPERTS: May 31, 2019; REBUTTAL: June 17, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: July 12, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; August 2, 2019;
    Opp. Due: August 16, 2019; Reply Due: August 23, 2019;
    and set for hearing no later than September 6, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 15, 2019 at 3:30 PM.

JURY TRIAL DATE: October 28, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties will participate in private mediation in April 2019. Counsel shall inform the Court of the mediator selected and the date of the session at the next conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 11/5/18

_____
SUSAN ILLSTON
United States District Judge