NAVID KANANI (SBN: 270797)
**JS ABRAMS LAW, P.C.**
20501 Ventura Blvd., Suite 327
Woodland Hills, California 91364
Telephone: (818) 330-4515
Facsimile: (818) 330-4138
Attorney for Plaintiff,
Tammy Martinez

*IT IS SO ORDERED*
*Susan Illston*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMY MARTINEZ,<br><br>             Plaintiff,<br><br>v.<br><br>FIRST TRANSIT, INC., a Corporation; TRI DELTA TRANSIT, a Corporation; SUSAN HINES, an Individual; and DOES 1 to 100, inclusive,<br><br>             Defendants. | Case No. 3:18-cv-04528-SI<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)**<br><br><br>Case Assigned to Judge Susan Illston |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: September 26, 2019          J.S. ABRAMS LAW, P.C.

By: _/s/ NR_____
    NAVID KANANI
    Attorneys for Plaintiff
    TAMMY MARTINEZ

Dated: September 26, 2019          LITTLER MENDELSON, P.C.

By: _/s/_____
    RYAN L. EDDINGS
    IRENE V. FITZGERALD
    Attorneys for Defendants
    FIRST TRANSIT, INC.; TRI DELTA
    TRANSIT; SUSAN HINSON (erroneously
    sued as Susan Hines)